AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    19-3826

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Northwest Care LLC

was received by me on *(date)*    10/16/2019

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Ansar Kambarov, Owner, at 12:25 PM    , who is designated by law to accept service of process on behalf of *(name of organization)*    Northwest Care LLC
Served at 2332 Strahle St., 2nd fl., Philadelphia, PA 19152   on *(date)*    10/17/2019   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10-21-2019

*Server's signature*

Vincent Robinson / Process Server

*Printed name and title*
it's DONE! Courier
525 S. 4th Street, Suite 366
Philadelphia, PA 19147
215.925.DONE (3663)

*Server's address*

Additional information regarding attempted service, etc:
Residential Address