# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff* v. **NORTHWEST CARE LLC,** *Defendant* | Case No. 2:19-cv-03826-JDW |

## ORDER

**AND NOW**, this 11th day of December, 2019, upon consideration of Plaintiff's Motion For Default Judgment (ECF No. 4) for a sum certain, it is **ORDERED** that **JUDGMENT** is entered in favor of the United States of America and against Northwest Care LLC in the amount of One Hundred Seventy-Four Thousand Three Hundred Eighty-Five Dollars and Three Cents ($174,385.03).

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.